```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 25822
    DAVID FITZGERALD BRADLEY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-3007

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/29/2005 and was confirmed 08/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  69.18% from remaining funds.

     The case was paid in full 10/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
OVERLAND BOND & INVESTME   SECURED          2800.00        223.92         2800.00
OVERLAND BOND & INVESTME   UNSECURED        5290.66           .00         3659.97
AFFILIATED RADIOLOGISTS    UNSECURED       NOT FILED         .00              .00
CITY OF CHICAGO PARKING    UNSECURED OTH    670.00           .00          463.51
RX ACQUISITIONS LLC        UNSECURED        537.97           .00          372.16
RX ACQUISITIONS LLC        UNSECURED        477.22           .00          330.13
US DEPT OF EDUCATION       UNSECURED       NOT FILED         .00              .00
RX ACQUISITIONS LLC        UNSECURED        184.38           .00          127.55
JACKSON PARK HOSPITAL      NOTICE ONLY     NOT FILED         .00              .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                         662.76
DEBTOR REFUND              REFUND                                          372.75

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             11,712.75

PRIORITY                                          .00
SECURED                                      2,800.00
    INTEREST                                   223.92
UNSECURED                                    4,953.32
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           662.76
DEBTOR REFUND                                  372.75
                    --------------        --------------
TOTALS              11,712.75                11,712.75


            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 25822 DAVID FITZGERALD BRADLEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 01/27/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 05 B 25822 DAVID FITZGERALD BRADLEY